**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr235**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RAUL ORTIZ.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Magistrate Judge's

Memorandum and Recommendation [Doc. 20], filed on March 9, 2009.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of

Designation of this Court, United States Magistrate Judge David Keesler

was designated to consider the Defendant's Motion to Suppress Evidence

[Doc. 13].

On March 9, 2009, the Magistrate Judge entered a Memorandum

and Recommendation [Doc. 20], recommending that the Defendant's

Motion to Suppress Evidence [Doc. 13] be denied.  The parties were

advised that any objections to the Magistrate Judge's Memorandum and

Recommendation were to be filed in writing by March 26, 2009.  The period

within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation [Doc. 20] that the Defendant's Motion to Suppress Evidence [Doc. 13] be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Suppress Evidence [Doc. 13] is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 30, 2009

Martin Reidinger
United States District Judge