**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr235**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) <br>         **vs.**       ) <br> ) <br> ) <br> **RAUL ORTIZ.**     ) <br> ) | **O R D E R** |

**THIS MATTER** comes before the Court on the Government's Motion to Dismiss Count One of the Superseding Bill of Indictment in the above-captioned case without prejudice. [Doc. 28].

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 28] is **GRANTED**, and Count One of the Superseding Bill of Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: April 8, 2009

Martin Reidinger
United States District Judge